■ CHRISTINE M. WEIMER, Appellant, v FOOD MERCHANTS, INC., et al., Respondents, et al., Defendant. [726 NYS2d 423] —Order, Supreme Court, Bronx County (George Friedman, J.), entered January 31, 2001, which, in an action for personal injuries and wrongful death, granted defendants-respondents' motions for summary judgment dismissing the complaint and all cross claims against them, unanimously affirmed, without costs.

As the motion court held, even if the grocery deliveryman, Martinez, were to be considered an employee of either of the moving defendants, the record establishes that he was on a personal errand when his vehicle struck plaintiff's decedent, neither making nor returning from a delivery. Therefore, the moving defendants cannot be held liable on the theory of respondeat superior (*see, Lundberg v State of New York*, 25 NY2d 467, 471; *Matter of Marks v Gray*, 251 NY 90, 93; *Davis v City of New York*, 226 AD2d 271, *lv denied* 88 NY2d 815). Concur— Nardelli, J. P., Tom, Ellerin, Buckley and Marlow, JJ.

■ LINDA JORDAN et al., Appellants, v WILLIAM E. IRWIN JR. POST No. 774, INC. AMERICAN LEGION, Respondent. [726 NYS2d 423] —Order, Supreme Court, Bronx County (Howard Silver, J.), entered November 29, 1999, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff allegedly slipped and fell on a puddle of beer in the main area of defendant American Legion Hall where party guests were dancing. Defendant moved for summary judgment dismissing the complaint on the ground that it had no actual or constructive notice of the alleged dangerous condition. Plaintiff's claim that a general dangerous condition might exist because party guests were carrying their drinks on a dance floor is legally insufficient to raise an issue as to defendant's actual or constructive notice of the specific hazard that caused plaintiff's accident (*see, Piacquadio v Recine Realty Corp.*, 84 NY2d 967, 969; *see also, Winecki v West Seneca Post 8113*, 227 AD2d 978). Concur—Nardelli, J. P., Tom, Ellerin, Buckley and Marlow, JJ.